## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS THIERET, RONALD L. BUCKNER, DAVID S. BENGEL, DAVID D. McDONALD, MICHAEL CALLAHAN, MICHAEL D. DRAZICH, JOHN FARR, CHARLES LEGEZA, RONALD PERRIS, ERIC DeFAZIO, JOHN BRADFORD, RONALD LAWRENCE, DAVID M. NELSON, DAVE SIMPSON, FRANK CINICOLA, SCOTT URQUAHANT, DAVID CORNELIUS, DALTON MINERD, JEFFREY B. WHITFORD, MARK A. SUTHERIN, JR., RANDY DEVER, ROBERT THOMAS, MATTHEW RALSTON, PAT GOLDEN, DAVID H. HANEY, ERIC L. GROH, DAVID M. STITT, ROBERT SMITH, BRIAN GEISER, MICHAEL SCHUBERT, KEVIN E. SWEENEY, CHRISTIAN MARINI, THOMAS L. HANDERHAN, MICHAEL HARTLE and ARTHUR GOLDBERG,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PEPSI BEVERAGES COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00644-GLL<br><br><br><br>Assigned to: Hon. Gary L. Lancaster<br><br>Complaint Filed: May 13, 2011 |

## STIPULATION TO CORRECT THE NAME
## OF DEFENDANT PEPSI BEVERAGES COMPANY

Plaintiffs and Defendant Pepsi Beverages Company, collectively the "Parties," hereby stipulate and agree as follows:

WHEREAS, Defendant Pepsi Beverages Company was named as defendant in Plaintiffs' Complaint filed on May 13, 2011;

WHEREAS, Pepsi Beverages Company is a fictitious trade name used by Bottling Group, LLC in the operations of its business;

WHEREAS, Bottling Group, LLC is a limited liability company registered under the laws of the State of Delaware; and

WHEREAS, the proper defendant in this matter is Bottling Group, LLC.

NOW THEREFORE, the Parties agree and stipulate that the proper defendant in this matter is Bottling Group, LLC and that all references to defendant are intended to refer to Bottling Group, LLC, not Pepsi Beverages Company.

**IT IS SO STIPULATED.**

Dated: August 19, 2011

        Respectfully submitted,

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    */s/ Samantha D. Hardy*
               SAMANTHA D. HARDY
               501 West Broadway, 19th Floor
               San Diego, California 92101
               Tel: 619-338-6640
               Fax: 619-234-3815
               shardy@sheppardmullin.com
               Attorneys for Defendant BOTTLING GROUP, LLC
               dba PBC.

Dated: August 19, 2011

        JUBELIRER, PASS & INTRIERI, P.C.

        By    */s/ Ernest B. Orsatti*
                Ernest B. Orsatti
                219 Fort Pitt Boulevard
                Pittsburgh, Pennsylvania 15222
                Tel: 412-281-3850
                Fax: 412-261-0147
                ebo@jpilaw.com

                Attorneys for Plaintiffs.

SO ORDERED, this 22nd day of August, 2011.

*/s/ Gary L. Lancaster*, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge