# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS THIERET, RONALD L. BUCKNER, DAVID S. BENGEL, DAVID D. McDONALD, MICHAEL CALLAHAN, MICHAEL D. DRAZICH, JOHN FARR, CHARLES LEGEZA, RONALD PERRIS, ERIC DeFAZIO, JOHN BRADFORD, RONALD LAWRENCE, DAVID M. NELSON, DAVE SIMPSON, FRANK CINICOLA, SCOTT URQUAHANT, DAVID CORNELIUS, DALTON MINERD, JEFFREY B. WHITFORD, MARK A. SUTHERIN, JR., RANDY DEVER, ROBERT THOMAS, MATTHEW RALSTON, PAT GOLDEN, DAVID H. HANEY, ERIC L. GROH, DAVID M. STITT, ROBERT SMITH, BRIAN GEISER, MICHAEL SCHUBERT, KEVIN E. SWEENEY, CHRISTIAN MARINI, THOMAS L. HANDERHAN, MICHAEL HARTLE and ARTHUR GOLDBERG,<br><br>        Plaintiffs,<br><br>v.<br><br>BOTTLING GROUP, LLC,<br><br>        Defendant. | Case No. 2:11-cv-00644-GLL<br><br><br><br>Assigned to: Hon. Gary L. Lancaster<br><br>Complaint Filed: May 13, 2011 |

## STIPULATION TO EXTEND TIME TO FILE AMENDED PLEADINGS AND/OR TO JOIN PARTIES

Plaintiffs and Defendant Bottling Group, LLC, collectively the "Parties," hereby stipulate and agree as follows:

WHEREAS, on November 18, 2011, the Court issued an Initial SchedulingOrder setting the deadline for filing amended pleadings and/or to join parties as December 14, 2011 (Doc. 31);

WHEREAS, the Parties are scheduled to attend mediation in this matter on January 4, 2012 with Louis B. Kushner (Doc. 28);

WHEREAS, if the matter does not settle at mediation, Defendant may need to join in this action the union representing the Plaintiffs – the General Teamsters, Chauffeurs, and Helpers Local 249;

WHEREAS, the Parties request that the deadline for filing amended pleadings and/or to join parties be extended to a time after the January 4, 2012 mediation;

WHEREAS, the Parties request that the deadline for filing amended pleadings and/or to join parties be extended 30 days, or until January 13, 2012, in order to provide the Parties sufficient time to add parties and/or amend pleadings should the settlement process break down after the January 4, 2012 mediation;

WHEREAS, the Parties believe no other deadines in the Court's November 18, 2011 Scheduling Order will be impacted by the requested 30 day extension;

NOW THEREFORE, the Parties agree and stipulate that the deadline for filing amended pleadings and/or to join parties should be extended 30 days, or until January 13, 2012.

**IT IS SO STIPULATED.**

Dated: December 13, 2011

                                  Respectfully submitted,

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By     */s/ Samantha D. Hardy*
                                               SAMANTHA D. HARDY
                                               501 West Broadway, 19th Floor
                                               San Diego, California 92101
                                               Tel: 619-338-6640
                                               Fax: 619-234-3815
                                               shardy@sheppardmullin.com
                                               Attorneys for Defendant BOTTLING GROUP, LLC dba PBC.

Dated: December 13, 2011

                                  JUBELIRER, PASS & INTRIERI, P.C.

                                  By     */s/ Ernest B. Orsatti*
                                               Ernest B. Orsatti
                                               219 Fort Pitt Boulevard
                                               Pittsburgh, Pennsylvania 15222
                                               Tel: 412-281-3850
                                               Fax: 412-281-1985
                                               ebo@jpilaw.com

                                               Attorneys for Plaintiffs.

**SO ORDERED,** this ___13TH___ day of ___DECEMBER___, 2011.

                                               Hon. Gary L. Lancaster
                                               Chief United States District Judge