## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS THIERET, RONALD L. BUCKNER, DAVID S. BENGEL, DAVID D. McDONALD, MICHAEL CALLAHAN, MICHAEL D. DRAZICH, JOHN FARR, CHARLES LEGEZA, RONALD PERRIS, ERIC DeFAZIO, JOHN BRADFORD, RONALD LAWRENCE, DAVID M. NELSON, DAVE SIMPSON, FRANK CINICOLA, SCOTT URQUAHANT, DAVID CORNELIUS, DALTON MINERD, JEFFREY B. WHITFORD, MARK A. SUTHERIN, JR., RANDY DEVER, ROBERT THOMAS, MATTHEW RALSTON, PAT GOLDEN, DAVID H. HANEY, ERIC L. GROH, DAVID M. STITT, ROBERT SMITH, BRIAN GEISER, MICHAEL SCHUBERT, KEVIN E. SWEENEY, CHRISTIAN MARINI, THOMAS L. HANDERHAN, MICHAEL HARTLE and ARTHUR GOLDBERG, | Case No. 2:11-cv-00644-GLL<br><br><br>Assigned to: Hon. Gary L. Lancaster<br><br>Complaint Filed: May 13, 2011 |

Plaintiffs,

v.

BOTTLING GROUP, LLC,

Defendant.

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

WHEREAS, Plaintiffs and Defendant Bottling Group, LLC (collectively, "Parties") and their respective attorneys, attended mediation on January 4, 2012 before Louis B. Kushner and reached a resolution of this FLSA collective action (Doc. 44);

WHEREAS, the Court, having been advised of the Parties' resolution, marked this matter "CASE CLOSED" pending a submission by the Parties of a Stipulation of Discontinuance for approval by this Court (Doc. 45);

-1-

WHEREAS, the Parties have agreed to the terms of settlement and all Plaintiffs have entered into an individual Settlement Agreement and Release of Claims with Defendant;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant Bottling Group, LLC, and their respective attorneys, that the above-referenced action has been settled without any admission or finding of liability and, accordingly, is and shall be dismissed with prejudice against Defendant without costs or fees to any party as against any other party, except that the Court shall have continuing subject matter jurisdiction to interpret and enforce the terms of each individual Settlement Agreement and Release of Claims, fully executed on September 6, 2012.

Dated:  September 14, 2012

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Samantha D. Hardy*
        SAMANTHA D. HARDY
        501 West Broadway, 19th Floor
        San Diego, California 92101
        Tel: 619-338-6640
        Fax: 619-234-3815
        shardy@sheppardmullin.com
        Attorneys for Defendant BOTTLING GROUP, LLC
        dba PBC.

Dated:  September 14, 2012

JUBELIRER, PASS & INTRIERI, P.C.

By    */s/ Ernest B. Orsatti*
        Ernest B. Orsatti
        219 Fort Pitt Boulevard
        Pittsburgh, Pennsylvania 15222
        Tel: 412-281-3850
        Fax: 412-281-1985
        ebo@jpilaw.com

        Attorneys for Plaintiffs.

SO ORDERED, this ___14th___ day of ___Sept___, 2012.

Hon. Gary L. Lancaster
Chief United States District Judge